IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIE LAMONT HICKS, | :: | PRISONER HABEAS CORPUS |
| Petitioner, | :: | 28 U.S.C. § 2241 |
| | :: | |
| v. | :: | |
| | :: | |
| DANIEL D. PORTER, | :: | CIVIL ACTION NO. |
| Respondent. | :: | 1:15-CV-2927-AT-LTW |

## **ORDER**

Gregory Allen Ward filed a petition for a writ of habeas corpus on behalf of Willie Lamont Hicks, who is a pre-trial detainee at the Gwinnett County Jail in Lawrenceville, Georgia. Pet., *Ward v. Conway*, No. 1:15-cv-2598-AT-LTW (N.D. Ga. July 21, 2015). In an Order issued on August 18, 2015, the Court found that Ward had not met his burden of showing that he has standing to pursue an action in federal court as Hicks' "next friend." *Id.*, ECF No. 6.

The Court gave Ward a final opportunity to submit evidence demonstrating next friend standing and ordered that he do so by September 9, 2015. *Id.* Ward did not submit anything in response to the Court's August 18, 2015 Order.

Also on August 18, 2015, the Court received from Ward a "Notice of Petition And Motion For Warrant Of Removal and Retention," which is the document that initiated this case. (Doc. 1.) Ward seeks in that notice to remove to this Court the criminal action pending against Hicks in the Superior Court of Gwinnett County. (*Id.*) The notice is signed only by Ward. (*Id.* at 9.)

AO 72A
(Rev.8/82)

Like the earlier case, Ward did not show – or even attempt to show – that he has next friend standing to pursue this new case on Hicks' behalf. (Doc. 1.) Ward has not filed anything, in either case, in response to the Court's August 18, 2015 Order giving him a final chance to demonstrate standing. Thus, for the reasons explained in that Order, Ward lacks standing to pursue this case, or any other, on Hicks' behalf. Accordingly, this action is **DISMISSED**.

**SO ORDERED** this 24th day of September, 2015.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE