UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIE LAMONT HICKS, | | |
| Petitioner, | | CIVIL ACTION FILE |
| vs. | | NO. 1:15-cv-2927-AT |
| DANIEL D. PORTER, | | |
| Respondent. | | |

**J U D G M E N T**

This action having come before the court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Court's August 18, 2015 Order, and the Court having rendered its decision, it is

**Ordered and Adjudged**  that Petitioner's civil action is DISMISSED.

Dated at Atlanta, Georgia, this 24th day of September, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ James Jarvis
         Deputy Clerk

Prepared and Entered
in the Clerk's Office
September 24, 2015
James N. Hatten
Clerk of Court

By: s/ James Jarvis
        Deputy Clerk